**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 4, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00384-CV

---

## MIDTOWN PARK DEVELOPMENT LTD., PAUL T. YOUNG, AND HORIZON 2003, LLC, Appellants

### V.

## LOUIS F. GOZA, Appellee

---

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 14-CV-0010**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 6, 2017. The clerk's record was filed July 5, 2017. The reporter's record was filed May 23, 2018. No brief was filed.

On July 31, 2018, appellee filed a motion to dismiss for want of prosecution. On August 30, 2018, this court issued an order stating that unless appellants filed a

brief on or before September 21, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no brief or other response. Accordingly, appellee's motion is granted, and the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.